UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER WHALEY,<br>               Plaintiff,<br>-v-<br>ALL-WEATHER SEAL OF WEST MICHIGAN, INC.,<br>               Defendant. | No. 1:20-cv-302<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 13), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 25, 2021                    /s/ Paul L. Maloney

                                                          Paul L. Maloney
                                                          United States District Judge