UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE FISHER, *et al.*,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

Case No. 1:20-cv-302

Hon. Ray Kent

## JUDGMENT

**JUDGMENT** is entered in favor of defendants Trinity Services Group, Inc. and Lyle Rutter.

Date: October 31, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge